(120 App. Div. 409)

## In re WASHBURN.

## In re RICHARDSON'S WILL.

(Supreme Court, Appellate Division, First Department. June 28, 1907.)

Appeal from Order of Surrogate, New York County.

Application for the revocation of letters testamentary issued to William T. Washburn and another as executors of the will of Benjamin Richardson. From an order denying a motion to resettle an order entered in the surrogate's office, Washburn appeals, individually and as surviving executor and trustee under the will. Reversed.

Argued before INGRAHAM, McLAUGHLIN, HOUGHTON, CLARKE, and LAMBERT, JJ.

Robert C. McCormick, for appellant.
George H. Mallory, for respondent.

PER CURIAM. The same questions arise in this appeal as do in the appeal from the order entered in the above proceeding on the 10th day of May, 1907, and the order should be reversed, for the reasons stated on the reversal of the latter order, decided herewith. 105 N. Y. Supp. 615.

Order reversed, and matter remitted to the surrogate, with $10 costs and disbursements to appellant, payable out of the estate.